IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| LEE ARTHUR WHITE, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CV 118-207 |
| | ) |
| STATE OF GEORGIA and EASEZEL BROWN, | ) |
| | ) |
| Respondents. | ) |

**ORDER**

On November 29, 2018, the Clerk of Court docketed Petitioner's Application for a Writ of Habeas Corpus, for which Petitioner used a form for the Superior Court of the State of Georgia. (Doc. no. 1.) Petitioner challenges a judgment of conviction that was entered in the Superior Court of Newton County, which is located in the Northern District of Georgia. (Id.) It is the practice of this Court to transfer an action attacking a conviction to the District in which the original criminal proceedings were conducted. See 28 U.S.C. § 2241(d); see also Bell v. Watkins, 692 F.2d 999, 1013 (5th Cir. 1982) (approving transfer of § 2254 petition from district of incarceration to district where petitioner was convicted). Therefore, the Court **ORDERS** the transfer of this action to the United States District Court for the Northern District of Georgia for further consideration. The Court **DIRECTS** the Clerk to

immediately forward the file to that District.

SO ORDERED this __3rd__ day of __December__ 2018, at Augusta, Georgia.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA